UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 23-14203
John S Herrera  )
)  Chapter: 13
)  Honorable Janet S. Baer
)
)
)
Debtor(s)  )

## ORDER DENYING CHAPTER 13 FEE APPLICATION

The fee application filed in the above-captioned case by the Debtor's attorney at Docket No. 17 is hereby denied without prejudice for the following reason(s):

X  Paragraph 7 of Form 2030 Disclosure of Compensation filed by the attorney carves out certain duties that are required under the Court-Approved Retention Agreement.

☐  There are discrepancies in the dollar figures in the documents.

☐  Actual signatures are missing on the Court-Approved Retention Agreement.

☐  The attorney failed to use the correct version of the Court-Approved Retention Agreement (for cases filed after March 15, 2021).

☐  Paragraph 2.D. of the Court-Approved Retention Agreement prohibits the attached agreement altering the priority of attorney's fees.

☐  Form 2030 Disclosure of Compensation is not attached to the fee application as required. (See Judge Baer's website for more information.)

☐  The signatures for the Debtor and the attorney on the Court-Approved Retention Agreement must appear on the same page as the dollar figures, not on a separate page.

☐  Other:

The Debtor's attorney may refile the fee application in the above-captioned case only if the attorney files amended documents correcting the error(s) outlined above.

Enter:  *Thomas M. Lynch*

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: January 25, 2024